**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**

In re:  TUIPULOTU, OFAMOONI P., JR.   §   Case No. 18-22502
    TUIPULOTU, MELAIA V.   §
    §
    §
    Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 04/11/2018. The undersigned trustee was appointed on 04/11/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of       $       1,351.58

    Funds were disbursed in the following amounts:

    Payments made under an
      interim distribution                                    0.00
    Administrative expenses                                   1.49
    Bank service fees                                         0.00
    Other payments to creditors                               0.00
    Non-estate funds paid to 3rd Parties                      0.00
    Exemptions paid to the debtor                             0.00
    Other payments to the debtor                              0.00

    Leaving a balance on hand of[1]        $       1,350.09

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/02/2018 and the deadline for filing governmental claims was 10/08/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $337.90. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $337.90, for a total compensation of $337.90[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $53.30 for total expenses of $53.30[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/15/2020               By: /s/ Peggy Hunt
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

**Case No.:** 18-22502
**Case Name:** TUIPULOTU, OFAMOONI P.JR.
TUIPULOTU, MELAIA V.
**For Period Ending:** 01/15/2020

**Trustee Name:** (640180) Peggy Hunt
**Date Filed (f) or Converted (c):** 04/11/2018 (f)
**§ 341(a) Meeting Date:** 05/10/2018
**Claims Bar Date:** 10/02/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2007 DODGE RAM, 150000 MILES<br>leased-to-own vehicle. Entire property value: $0.00 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | 2 BEDS, BEDDING | 150.00 | 0.00 | | 0.00 | FA |
| 3 | TV, CELLPHONE | 200.00 | 200.00 | | 0.00 | FA |
| 4 | CLOTHING | 400.00 | 0.00 | | 0.00 | FA |
| 5 | CHECKING AND SAVINGS: AMERICA FIRST CREDIT UNION | 148.00 | 148.00 | | 0.00 | FA |
| 6 | PRIMERICA - LIFE INSURANCE: TERM LIFE INSURANCE POLICY WITH NO CURRENT CASH VALUE: SPOUSE AND CHILDREN | 0.00 | 0.00 | | 0.00 | FA |
| 7 | 2017 TAX REFUNDS (u) | 3,070.48 | 3,070.48 | | 0.00 | FA |
| 8 | 2018 TAX REFUNDS (u) | 1,099.00 | 1,099.00 | | 0.00 | FA |
| 9 | KNIGHT AVOIDANCE RECOVERY (u) | 1,671.00 | 1,671.00 | | 1,266.84 | FA |
| 10 | BONNEVILLE AVOIDANCE RECOVERY (u) | 5.00 | 5.00 | | 84.74 | FA |
| 11 | PRESTIGE AVOIDANCE RECOVERY (u) | 5.00 | 5.00 | | 0.00 | FA |
| 12 | MOUNTAIN LAND AVOIDANCE RECOVERY (u) | 5.00 | 5.00 | | 0.00 | FA |
| **12** | **Assets Totals (Excluding unknown values)** | **$6,753.48** | **$6,203.48** | | **$1,351.58** | **$0.00** |

**Major Activities Affecting Case Closing:**

05/10/2018 - AV - Potential assets: garnishments ($1,671 YTD), BB ($671.66), 2018 tax refunds ($1,099)
10/02/2018 - MD - Quarterly review - Did not sent garnishment demand until we see tax refunds
04/16/2019 - MD - Quarterly review - Waiting for 2018 tax refunds, pdbb and avoidance recoveries
05/21/2019 - MD - Quarterly review - Waiting for tax refunds and Mt. Land recovery
11/05/2019 - MD - Quarterly review - Waiting for PDBB
01/09/2020 - MD - Quarterly review - Debtors are MIA - per Peggy, abandon final bank balance and file a TFR

**Initial Projected Date Of Final Report (TFR):** 05/10/2019     **Current Projected Date Of Final Report (TFR):** 06/30/2020

| 01/15/2020 | /s/Peggy Hunt |
|---|---|
| Date | Peggy Hunt |

**UST Form 101-7-TFR (5/1/2011)**

**Form 2**

**Exhibit B**

## Cash Receipts And Disbursements Record

Page: 1

| **Case No.:** | 18-22502 | **Trustee Name:** | Peggy Hunt (640180) |
|---|---|---|---|
| **Case Name:** | TUIPULOTU, OFAMOONI P.JR. | **Bank Name:** | Metropolitan Commercial Bank |
| | TUIPULOTU, MELAIA V. | **Account #:** | ******2923 Checking |
| **Taxpayer ID #:** | **-***9612 | **Blanket Bond (per case limit):** | $49,037,481.00 |
| **For Period Ending:** | 01/15/2020 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/22/19 | {10} | Bonneville Collections | Refund | 1241-000 | 84.74 | | 84.74 |
| 04/29/19 | {9} | Knight Adjustment Bureau | Avoidance recovery from Knight Adjustment Bureau | 1241-000 | 1,266.84 | | 1,351.58 |
| 12/05/19 | 101 | International Sureties, LTD. | BOND PREMIUM 12/18 - 12/19 Voided on 12/06/2019 | 2300-000 | | 1.90 | 1,349.68 |
| 12/06/19 | 101 | International Sureties, LTD. | BOND PREMIUM 12/18 - 12/19 Voided: check issued on 12/05/2019 | 2300-000 | | -1.90 | 1,351.58 |
| 12/12/19 | 102 | International Sureties, LTD. | BOND PREMIUM 12/19 - 12/20 | 2300-000 | | 1.49 | 1,350.09 |
| | | **COLUMN TOTALS** | | | 1,351.58 | 1.49 | $1,350.09 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 1,351.58 | 1.49 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$1,351.58** | **$1.49** | |

{ } Asset Reference(s)     **UST Form 101-7-TFR (5/1/2011)**     ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 2

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 18-22502 | **Trustee Name:** | Peggy Hunt (640180) | |
| **Case Name:** | TUIPULOTU, OFAMOONI P.JR. TUIPULOTU, MELAIA V. | **Bank Name:** | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***9612 | **Account #:** | ******2923 Checking | |
| **For Period Ending:** 01/15/2020 | | **Blanket Bond (per case limit):** $49,037,481.00 | | |
| | | **Separate Bond (if applicable):** N/A | | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2923 Checking | $1,351.58 | $1.49 | $1,350.09 |
| | **$1,351.58** | **$1.49** | **$1,350.09** |

01/15/2020
Date

/s/Peggy Hunt
Peggy Hunt

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C

## Analysis of Claims Register

**Case:** 18-22502                                                                 **OFAMOONI P. TUIPULOTU, JR. AND MELAIA**

Claims Bar Date: 10/02/18

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| D0 | Apg Financial<br>4238 S Redwood Rd<br>Taylorsville, UT 84123<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>04/11/18 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| BOND | International Sureties, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139<br><2300-000 Bond Payments><br>, 200 | Administrative<br>12/05/19 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| BOND | International Sureties, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139<br><2300-000 Bond Payments><br>, 200 | Administrative<br>12/12/19 | | $0.00<br>$1.49 | $1.49 | $0.00 |
| FEE | Peggy Hunt<br>111 South Main Street<br>21st Floor<br>Salt Lake City, UT 84111<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>11/05/19 | | $337.90<br>$337.90 | $0.00 | $337.90 |
| TE | Peggy Hunt<br>111 South Main Street<br>21st Floor<br>Salt Lake City, UT 84111<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>11/05/19 | | $53.30<br>$53.30 | $0.00 | $53.30 |
| | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101<br><5600-000 Consumer Deposits - § 507(a)(7)><br>, 540 | Priority<br>04/11/18 | | $0.00<br>$0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 2

# Exhibit C

## Analysis of Claims Register

**Case:** 18-22502                                   **OFAMOONI P. TUIPULOTU, JR. AND MELAIA**

Claims Bar Date: 10/02/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Utah State Tax Commission<br>Taxpayer Svc Div, Attn Michelle, Riggs<br>210 North 1950 West<br>Salt Lake City, UT 84134<br><5600-000 Consumer Deposits - § 507(a)(7)><br>, 540 | Priority<br>04/11/18 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO Box 7317<br>Philadelphia, PA 19101-7317<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>07/06/18 |  | $2,264.00<br>$2,264.00 | $0.00 | $2,264.00 |
|  | Aldous<br>Po Box 171374<br>Holladay, UT 84117<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/11/18 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | Bonneville Collections<br>Po Box 150621<br>Ogden, UT 84415<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/11/18 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | CBE Group<br>The CBE Group, Inc.<br>Po Box 900<br>Waterloo, IA 50704<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/11/18 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | CBE Group<br>The CBE Group, Inc.<br>Po Box 900<br>Waterloo, IA 50704<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/11/18 |  | $0.00<br>$0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Analysis of Claims Register

**Case:** 18-22502        **OFAMOONI P. TUIPULOTU, JR. AND MELAIA**

Claims Bar Date: 10/02/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Convergent Outsourcing, Inc<br>Po Box 9004<br>Renton, WA 98057<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/11/18 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Convergent Outsourcing, Inc<br>Po Box 9004<br>Renton, WA 98057<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/11/18 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | ERC/Enhanced Recovery Corp<br>Attn: Bankruptcy<br>8014 Bayberry Road<br>Jacksonville, FL 32256<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/11/18 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Express Recovery Services, Inc<br>Po Box 26415<br>Salt Lake City, UT 84126<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/11/18 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Express Recovery Services, Inc<br>Po Box 26415<br>Salt Lake City, UT 84126<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/11/18 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Express Recovery Services, Inc<br>Po Box 26415<br>Salt Lake City, UT 84126<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/11/18 | | $0.00<br>$0.00 | $0.00 | $0.00 |

Page: 4

# Exhibit C

## Analysis of Claims Register

**Case:** 18-22502                                     **OFAMOONI P. TUIPULOTU, JR. AND MELAIA**

Claims Bar Date: 10/02/18

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Express Recovery Services, Inc<br>Po Box 26415<br>Salt Lake City, UT 84126<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/11/18 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/11/18 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/11/18 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/11/18 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Gentry Financial Group, LLC<br>Attn: Bankruptcy<br>455 Rice Rd, Ste 101<br>Tyler, TX 75703<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/11/18 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Jefferson Capital Systems, LLC<br>Po Box 1999<br>Saint Cloud, MN 56302<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/11/18 | | $0.00<br>$0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 5

# Exhibit C

## Analysis of Claims Register

**Case: 18-22502**  **OFAMOONI P. TUIPULOTU, JR. AND MELAIA**

Claims Bar Date: 10/02/18

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
|  | Lobel Financial Corp<br>Attn: Bankruptcy<br>Po Box 3000<br>Anaheim, CA 92803<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/11/18 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | Mountain Land Collections, Inc.<br>Attn: Bankruptcy<br>Po Box 1280<br>American Fork, UT 84003<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/11/18 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | Mountain Land Collections, Inc.<br>Attn: Bankruptcy<br>Po Box 1280<br>American Fork, UT 84003<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/11/18 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | Mountain Land Collections, Inc.<br>Attn: Bankruptcy<br>Po Box 1280<br>American Fork, UT 84003<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/11/18 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | Mountain Land Collections, Inc.<br>Attn: Bankruptcy<br>Po Box 1280<br>American Fork, UT 84003<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/11/18 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | Mountain Land Collections, Inc.<br>Attn: Bankruptcy<br>Po Box 1280<br>American Fork, UT 84003<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/11/18 |  | $0.00<br>$0.00 | $0.00 | $0.00 |

Page: 6

# Exhibit C

## Analysis of Claims Register

**Case:** 18-22502  **OFAMOONI P. TUIPULOTU, JR. AND MELAIA**

Claims Bar Date: 10/02/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Mountain Land Collections, Inc. Attn: Bankruptcy Po Box 1280 American Fork, UT 84003 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 04/11/18 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Ntl Crdt Sys 117 E 24th St New York, NY 10010 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 04/11/18 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Outsource Receivables Management Attn: Bankruptcy Dept 372 24th St. Ste 300 Ogden, UT 84401 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 04/11/18 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Outsource Receivables Management Attn: Bankruptcy Dept 372 24th St. Ste 300 Ogden, UT 84401 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 04/11/18 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Outsource Receivables Management Attn: Bankruptcy Dept 372 24th St. Ste 300 Ogden, UT 84401 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 04/11/18 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Outsource Receivables Management Attn: Bankruptcy Dept 372 24th St. Ste 300 Ogden, UT 84401 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 04/11/18 | | $0.00 $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 7

# Exhibit C

## Analysis of Claims Register

**Case: 18-22502**                    **OFAMOONI P. TUIPULOTU, JR. AND MELAIA**

Claims Bar Date: 10/02/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Prime Acceptance Corp<br>Attn: Bankruptcy<br>Po Box 571680<br>Salt Lake City, UT 84157<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/11/18 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Southwest Credit Systems<br>4120 International Parkway<br>Suite 1100<br>Carrollton, TX 75007<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/11/18 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Swift Fnds<br>927 Deep Valley Dr<br>Palos Verdes Peninsula, CA 90274<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/11/18 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | U.S. Department of Education<br>Ecmc/Bankruptcy<br>Po Box 16408<br>Saint Paul, MN 55116<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/11/18 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | U.S. Department of Education<br>Ecmc/Bankruptcy<br>Po Box 16408<br>Saint Paul, MN 55116<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/11/18 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | U.S. Department of Education<br>Ecmc/Bankruptcy<br>Po Box 16408<br>Saint Paul, MN 55116<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/11/18 | | $0.00<br>$0.00 | $0.00 | $0.00 |

# Exhibit C

## Analysis of Claims Register

**Case:** 18-22502            **OFAMOONI P. TUIPULOTU, JR. AND MELAIA**

Claims Bar Date: 10/02/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Verizon<br>Attn: Wireless Bankrupty Admin<br>500 Technology Dr Ste 500<br>Weldon Springs, MO 63304<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/11/18 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
| 1 | PRESTIGE FINANCIAL<br>P.O. BOX 26707<br>Salt Lake City, UT 84126<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/01/18 |  | $14,900.20<br>$14,900.20 | $0.00 | $14,900.20 |
| 2 | MOUNTAIN LAND COLLECTIONS<br>QUINN M. KOFFORD<br>P.O. Box 1425<br>American Fork, UT 84003<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/21/18 |  | $13,017.80<br>$13,017.80 | $0.00 | $13,017.80 |
| 4 | LOBEL FINANCIAL CORP ATTN: BANKRUPTCY<br>Po Box 3000<br>Anaheim, CA 92803<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/12/18 |  | $953.95<br>$953.95 | $0.00 | $953.95 |
| 5 | US DEPARTMENT OF EDUCATION<br>PO Box 16448<br>St. Paul, MN 55116-0448<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/20/18 |  | $99.25<br>$99.25 | $0.00 | $99.25 |
| 6 | T MOBILE/T-MOBILE USA INC BY AMERICAN INFOSOURCE AS AGENT<br>PO Box 248848<br>Oklahoma City, OK 73124-8848<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/23/18 |  | $192.31<br>$192.31 | $0.00 | $192.31 |

# Exhibit C
## Analysis of Claims Register

**Case:** 18-22502  **OFAMOONI P. TUIPULOTU, JR. AND MELAIA**

Claims Bar Date: 10/02/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | T MOBILE/T-MOBILE USA INC BY AMERICAN INFOSOURCE AS AGENT<br>PO Box 248848<br>Oklahoma City, OK 73124-8848<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/23/18 | | $3,838.81<br>$3,838.81 | $0.00 | $3,838.81 |
| 8 | T MOBILE/T-MOBILE USA INC BY AMERICAN INFOSOURCE AS AGENT<br>PO Box 248848<br>Oklahoma City, OK 73124-8848<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/23/18 | | $4,323.33<br>$4,323.33 | $0.00 | $4,323.33 |
| 9 | T MOBILE/T-MOBILE USA INC BY AMERICAN INFOSOURCE AS AGENT<br>PO Box 248848<br>Oklahoma City, OK 73124-8848<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/23/18 | | $206.73<br>$206.73 | $0.00 | $206.73 |
| 10 | VERIZON BY AMERICAN INFOSOURCE AS AGENT<br>PO Box 248838<br>Oklahoma City, OK 73124-8838<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/24/18 | | $836.51<br>$836.51 | $0.00 | $836.51 |
| 11 | VERIZON BY AMERICAN INFOSOURCE AS AGENT<br>PO Box 248838<br>Oklahoma City, OK 73124-8838<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/24/18 | | $2,415.24<br>$2,415.24 | $0.00 | $2,415.24 |
| 12 | ST MARKS HOSPITAL RESURGENT CAPITAL SERVICES<br>PO Box 1927<br>Greenville, SC 29602<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/31/18 | | $2,315.07<br>$2,315.07 | $0.00 | $2,315.07 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 10

# Exhibit C

## Analysis of Claims Register

**Case:** 18-22502  **OFAMOONI P. TUIPULOTU, JR. AND MELAIA**

Claims Bar Date: 10/02/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 13 | ST MARKS HOSPITAL RESURGENT CAPITAL SERVICES PO Box 1927 Greenville, SC 29602 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/31/18 | | $1,380.21 $1,380.21 | $0.00 | $1,380.21 |
| 14 | ST MARKS HOSPITAL RESURGENT CAPITAL SERVICES PO Box 1927 Greenville, SC 29602 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/31/18 | | $788.27 $788.27 | $0.00 | $788.27 |
| 15 | ST MARKS HOSPITAL RESURGENT CAPITAL SERVICES PO Box 1927 Greenville, SC 29602 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/31/18 | | $644.39 $644.39 | $0.00 | $644.39 |
| 16 | ST MARKS HOSPITAL RESURGENT CAPITAL SERVICES PO Box 1927 Greenville, SC 29602 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 09/07/18 | | $338.88 $338.88 | $0.00 | $338.88 |
| 17 | PINNACLE CREDIT SERVICES, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS RESURGENT CAPITAL SERVICES PO Box 10587 Greenville, SC 29603-0587 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 09/26/18 | | $2,300.07 $2,300.07 | $0.00 | $2,300.07 |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Analysis of Claims Register

Case: 18-22502     OFAMOONI P. TUIPULOTU, JR. AND MELAIA

Claims Bar Date: 10/02/18

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 18 | OUTSOURCE RECEIVABLES MANAGEMENT ATTN: BANKRUPTCY DEPT PO BOX 166<br>Ogden, UT 84401<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/27/18 | | $971.37<br>$971.37 | $0.00 | $971.37 |

|  |  |  |  | Case Total: | $1.49 | $52,177.59 |

UST Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 18-22502
Case Name: OFAMOONI P. TUIPULOTU, JR. AND MELAIA V. TUIPULOTU
Trustee Name: Peggy Hunt

**Balance on hand:**  $            1,350.09

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $            0.00
Remaining balance:  $            1,350.09

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Peggy Hunt | 337.90 | 0.00 | 337.90 |
| Trustee, Expenses - Peggy Hunt | 53.30 | 0.00 | 53.30 |
| Bond Payments - International Sureties, LTD. | 0.00 | 0.00 | 0.00 |
| Bond Payments - International Sureties, LTD. | 1.49 | 1.49 | 0.00 |

Total to be paid for chapter 7 administrative expenses:  $            391.20
Remaining balance:  $            958.89

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $            0.00
Remaining balance:  $            958.89

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,264.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATION | 2,264.00 | 0.00 | 958.89 |

|  | |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 958.89 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $49,522.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PRESTIGE FINANCIAL | 14,900.20 | 0.00 | 0.00 |
| 2 | MOUNTAIN LAND COLLECTIONS | 13,017.80 | 0.00 | 0.00 |
| 4 | LOBEL FINANCIAL CORP ATTN: BANKRUPTCY | 953.95 | 0.00 | 0.00 |
| 5 | US DEPARTMENT OF EDUCATION | 99.25 | 0.00 | 0.00 |
| 6 | T MOBILE/T-MOBILE USA INC BY AMERICAN INFOSOURCE AS AGENT | 192.31 | 0.00 | 0.00 |
| 7 | T MOBILE/T-MOBILE USA INC BY AMERICAN INFOSOURCE AS AGENT | 3,838.81 | 0.00 | 0.00 |
| 8 | T MOBILE/T-MOBILE USA INC BY AMERICAN INFOSOURCE AS AGENT | 4,323.33 | 0.00 | 0.00 |
| 9 | T MOBILE/T-MOBILE USA INC BY AMERICAN INFOSOURCE AS AGENT | 206.73 | 0.00 | 0.00 |
| 10 | VERIZON BY AMERICAN INFOSOURCE AS AGENT | 836.51 | 0.00 | 0.00 |
| 11 | VERIZON BY AMERICAN INFOSOURCE AS AGENT | 2,415.24 | 0.00 | 0.00 |
| 12 | ST MARKS HOSPITAL RESURGENT CAPITAL SERVICES | 2,315.07 | 0.00 | 0.00 |
| 13 | ST MARKS HOSPITAL RESURGENT CAPITAL SERVICES | 1,380.21 | 0.00 | 0.00 |
| 14 | ST MARKS HOSPITAL RESURGENT CAPITAL SERVICES | 788.27 | 0.00 | 0.00 |
| 15 | ST MARKS HOSPITAL RESURGENT CAPITAL SERVICES | 644.39 | 0.00 | 0.00 |
| 16 | ST MARKS HOSPITAL RESURGENT CAPITAL SERVICES | 338.88 | 0.00 | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 17 | PINNACLE CREDIT SERVICES, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS RESURGENT CAPITAL SERVICES | 2,300.07 | 0.00 | 0.00 |
| 18 | OUTSOURCE RECEIVABLES MANAGEMENT ATTN: BANKRUPTCY DEPT | 971.37 | 0.00 | 0.00 |

| | |
|---|---:|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

| | |
|---|---:|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

| | |
|---|---:|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**