**This order is SIGNED.**

**Dated: March 25, 2020**

 

**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**

---

*Prepared and Submitted by*:

Peggy Hunt, Chapter 7 Trustee (Utah State Bar No. 6060)
111 S. Main Street, Ste. 2100
Salt Lake City, UT 84111-2176
Telephone: (801) 933-8911
Facsimile: (801) 933-7373
Email: hunttrustee@dorsey.com

*Peggy Hunt, Chapter 7 Trustee*

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>OFAMOONI P. TUIPULOTU, JR. and MELAIA V. TUIPULOTU,<br><br>Debtor (s). | Case No. 18-22502<br><br>Chapter 7<br><br>The Honorable R. Kimball Mosier |

### ORDER APPROVING FINAL REPORT, APPLICATIONS
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES,
### AND TRUSTEE'S PROCEDURES

Peggy Hunt, Chapter 7 Trustee, has submitted her *Trustee's Final Report and Account Before Distribution* (the "Final Report") which has been reviewed and filed by the United States Trustee. A *Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object* (the "Notice") was served on all creditors and parties in interest in this case, and no further notice is required. The deadline to file objections

or otherwise respond to the Final Report and the corresponding Applications for Compensation has passed, and no objections or responses have been filed.

The Court has reviewed the Final Report, the Applications for Compensation submitted by professionals whose employment has been approved by the Court in this case referenced in further detail below, the Notice, as well applicable law, and based thereon and for good cause shown,

**IT IS HEREBY ORDERED that:**

1. The *Trustee's Application for Compensation and Reimbursement of Expenses*, seeking allowance of a commission in the total amount of $337.90 and reimbursement of actual costs expended in the total amount of $53.30 is **APPROVED,** and the Trustee is **ALLOWED** an administrative expense claim in the total amount of $391.20.

2. The Final Report is **APPROVED** and the Trustee is **AUTHORIZED** to make distributions as set forth therein.

3. After filing a final account and upon the closing of this case, the Trustee is **AUTHORIZED** to abandon and/or destroy records in her possession relevant to the above-captioned case.

-------------------------------------------------END OF ORDER---------------------------------------

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER APPROVING APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AND TRUSTEE'S PROCEDURES** shall be served to the parties in the manner designated below:

**By Electronic Service**: I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- Lee J. Davis    ecfmail@davisjoneslegal.com, davislr43657@notify.bestcase.com;davisjonesecfmail@gmail.com;jonestr43657@notify.bestcase.com
- Mary M. Hunt tr    hunttrustee@dorsey.com, hunt.peggy@dorsey.com;UT18@ecfcbis.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov